# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **MARIE CASTAÑEDA**           COURT REPORTER/TAPE ____**FTR**____
LAW CLERK _____             USPO _____
INTERPRETER _____             COURT TIME: ____**1 MIN.**____
A.M. _____    P.M. __2:00__             DATE: **December 7, 2015**

---

CR. No. __3:15-CR-431-K__   DEFT No. (04)

UNITED STATES OF AMERICA           §
                                   §    ____ERRIN MARTIN____, AUSA
v.                                 §
                                   §
STACY DAWN MASSON                       ____MARSHALL McCALLUM (A)____ ☐
Defendant's Name                        Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

☒ ......    Defendant SWORN.
☒ **arr.** Arraignment    ☐ **rearr.** Rearraignment - Held on count(s) __1__
            of the __2__ count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ ......    New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☒ **pl.** Deft enters a plea of   ☒ **ngpl.** (not guilty)  ☐ **gpl.** (guilty)  ☐ **nolopl.** (nolo)
☐ ......    Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ......    Waiver of Jury Trial
☐ **wvindi.** Waiver of Indictment, filed.
☐ ......    Plea Agreement accepted.    ☐ Court defers acceptance of Plea Agreement.
☐ **plag.** Plea Agreement filed (see agreement for details).   ☐ ...... No Plea Agreement.
☐ ......    Plea Agreement included with Factual Resume.
☐ **facres.** Factual Resume filed.
☐ **sen.** Sentencing set _____ at _____ a.m./p.m.
☒ **jytrl.** Trial set for ____**TBA**____ at _____ a.m./p.m.
            Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
☐ ......    Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
☐ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ **owarr.** Deft failed to appear, bench warrant to issue.
☒ ......    Bond ☒ continued ☐ forfeited
☐ ......    Deft Custody/Detention continued.
☐ **loc.(LC)** Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
    DEC - 7 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy
```