# United States District Court
## Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 DEC -8 PM 3: 25

DEPUTY CLERK _aaa_

UNITED STATES OF AMERICA

V.

Stacy Dawn Masson

**SEALED WARRANT FOR ARREST**

CASE NUMBER:   3:15-cr-00431-K

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Stacy Dawn Masson

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Possess with Intent to Distribute, and to Distribute, a Controlled Substance.

2015 SEP 24 PM 1:11
US MARSHALS SERVICE N/TX
DALLAS, TEXAS

in violation of Title   21

United States Code, Section(s)

846

---

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_/s/ Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Paul D. Sitckney
Judge

9/24/2015
Date

Dallas, TX
Location

s/ A. Aguilar
(By) Deputy Clerk

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

600 COMMERCE ST. DALLAS, TX

| DATE RECEIVED 12/7/15 | NAME AND TITLE OF ARRESTING OFFICER ROMMEL TUNGCAB TFO | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/7/15 | | |

FID: 8991275